UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARCHIE BUTLER, § § *Plaintiff*, § § v. § § MERRICK B. GARLAND, Attorney § General of the United States, § § *Defendant*. § | Civil Action No. 3:21-CV-0064-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Merrick Garland moves for summary judgment. [Doc. No. 37]. The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 46]. Archie Butler filed no objections. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Garland's motion for summary judgment. The Court will enter judgment via a separate order.

**IT IS SO ORDERED** this 5th day of January, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1